1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500

Counsel for Defendant DONITHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 03-40186-SBA |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING REVOCATION HEARING** |
| vs. | ) | |
| WILLIAM DONITHAN | ) | Hearing Date: September 29, 2009 |
| Defendant. | ) | Requested Date: October 20, 2009 |

It is hereby STIPULATED that the STATUS ON REVOCATION hearing date of September 29, 2009 be continued to October 20, 2009 at 9:00 a.m. The parties and the Probation Officer wish to further discuss resolution in this matter and assess Mr. Donithan's progress in the community corrections center. Further, it is

STIPULATED that the Supervised Release terms in this case be modified to require that Mr. Donithan reside at the Community Corrections Center for an additional 30 days, commencing on or about October 17, 2009, at the discretion of the Probation Officer.

//

Stip to Continue, 03-40186-SBA                 1

The Probation Office has stated to defense counsel that it approves of both of these requests.

9/25/09

| | |
|---|---|
| Date | /s/<br>John Paul Reichmuth<br>Assistant Federal Public Defender<br>Counsel for defendant Donithan |

9/25/09

| | |
|---|---|
| Date | /s/<br>Christina McCall for Dominique Thomas<br>Assistant United States Attorney |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.          /S/ John Paul Reichmuth
Counsel for Defendant William Donithan

**ORDER**

Based on the reasons provided in the stipulation of the parties above, IT IS HEREBY ORDERED THAT the **Status re:** REVOCATION hearing date of September 27, 2009 be continued to October 20, 2009 at **9:00 a.m.** Further, it is

ORDERED that the Supervised Release terms in this case be modified to require that Mr. Donithan reside at the Community Corrections Center for an additional 30 days, commencing on or about October 17, 2009, at the discretion of the Probation Officer.

IT IS SO ORDERED.

 9/28/09
Date                                              Honorable Saundra Brown Armstrong
United States District Judge

Stip to Continue, 03-40186-SBA                    2