STEVEN G. KALAR
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
Email: john_reichmuth@fd.org

FILED

APR 26 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND



Attorneys for DONITHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 03-40186-SBA |
| Plaintiff, | [~~PROPOSED~~] ORDER RELEASING DEFENDANT |
| v. | |
| WILLIAM DONITHAN, | |
| Defendant. | |

Following a hearing on the matter, it is hereby

ORDERED that Defendant William Donithan be RELEASED forthwith from the custody of the United States Marshals Service, after which he is ORDERED to report immediately to the Turning Point Residential Treatment facility in Santa Rosa, California. If the timing of his release prevents him from reporting to Turning Point on April 26, 2017, he is to remain with his aunt or mother and report to Turning Point on the morning of April 27, 2017.

//

He shall remain at Turning Point under an existing term of his Supervised Release and he shall

obey all other terms of his Supervised Release.

DATED: 4/26/17

_____
HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE