1 | ALEX G. TSE (CABN 152348)
Acting United States Attorney

2

3 | BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

4 | ELLEN SWAIN (CABN 310340)
Special Assistant United States Attorney

5 |     1301 Clay Street, Suite 340-S
    Oakland, California 94612

6 |     Telephone: (510) 637-3771
    Facsimile: (510) 637-3724

7 |     E-mail:    Ellen.Swain@usdoj.gov

8 | Attorneys for the United States of America

9

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,     )   NO. CR 03-40186 SBA
    )

14 |     Plaintiff,     )   **[PROPOSED] ORDER OF DETENTION**
    )

15 |   v.     )
    )

16 | WILLIAM ROBERT DONITHAN,     )
    )

17 |     Defendant.     )
    )

18 | _____ )

19 |     The parties appeared before the Honorable Kandis A. Westmore on April 6, 2018, for an initial

20 | appearance on an amended supervised release violation petition, following William Robert Donithan's

21 | release from a California state custodial sentence and arrest on a federal warrant. At the hearing, the

22 | government moved to detain Donithan, arguing that Donithan could not meet his burden of

23 | demonstrating by clear and convincing evidence that he is not a risk of non-appearance or a danger to

24 | the community. Donithan opposed that motion and asked to be released from custody, requesting to be

25 | placed in a Residential Reentry Center, noting his need for rehabilitation for his shoulder, his current

26 | state of sobriety and mental health, the fact that he has just completed a custodial sentence in the state,

27 | and the fact that he is not eligible for a lengthy custodial sentence on the pending Form 12 petition,

28 | given the amount of custody he has served on prior revocations.

[PROPOSED] DETENTION ORDER
CR 03-40186 SBA

1    In the supervised release revocation context, the burden is on the defendant seeking release to

2   "establish[] by clear and convincing evidence that the [defendant] will not flee or pose a danger to any

3   other person or to the community. Federal Rule of Criminal Procedure 32.1(a)(6). *See also* 18 U.S.C.

4   § 3143(a); Federal Rule of Criminal Procedure 46(c) and (d); United States v. Loya, 23 F.3d 1529 (9th

5   Cir. 1994).

6    Upon consideration of the parties' proffers and information provided by the United States

7   Probation Officer, as well as Court records in the case against Donithan, the Court finds that Donithan

8   did not meet his burden to provide clear and convincing evidence that he is not a flight risk or that he

9   does not pose a danger to any other person or the community. The Court therefore orders Donithan

10   detained.

11    In considering the Court's record and the information presented at the hearing, the Court finds

12   that Donithan did not meet his burden to provide clear and convincing evidence that he is not a flight

13   risk or a danger because: (1) this petition alleges that Donithan committed dependent elder abuse when

14   during an argument with his mother about the care of his biological father he slapped her and pushed her

15   to the ground; (2) Donithan entered the residential program at Turning Point in Santa Rosa and left the

16   same day without approval on April 27, 2017; (4) Donithan failed to notify his Probation Officer of his

17   address and his whereabouts were unknown as of June 16, 2017; and (5) Donithan had multiple prior

18   petitions to revoke supervised release alleging a variety of violations.

19    The defendant is committed to the custody of the Attorney General for confinement in a

20   corrections facility. The defendant must be afforded reasonable opportunity for private consultation

21   with his counsel. On order of a court of the United States or on request of any attorney for the

22   government, the person in charge of the corrections facility in which the defendant is confined shall

23   deliver the defendant to an authorized Deputy United States Marshal for the purpose of any appearance

24   in connection with a court proceeding.

25    IT IS SO ORDERED.

26

27   DATED: ____4/9/18_____    _____
                                          HONORABLE KANDIS A. WESTMORE
28                                        United States Magistrate Judge

[PROPOSED] DETENTION ORDER
CR 03-40186 SBA